**LEWIS BRISBOIS BISGAARD & SMITH LLP**
DOUGLAS W. LEWIS, SB# 145341
HEIDI S. INMAN, SB# 228079
DAVID M. FLORENCE, SB# 242857
701 B Street, Suite 1900
San Diego, California 92101
Telephone: 619.233.1006
Facsimile: 619.233.8627

Attorneys for Defendants LMH Holdings, LLC, Lincoln Military Property Management LP, Lincoln Property Company, and LMH San Diego Property Management GP, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.C., a minor, by and through her Guardian Ad Litem, VANESSA HUCKABA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MELANIE VEJMOLA, an individual; LMH HOLDINGS, LLC; LINCOLN PROPERTY COMPANY; LMH SAN DIEGO PROPERTY MANAGEMENT GP INC.; LINCOLN MILITARY PROPERTY MANAGEMENT LP; UNITED STATES OF AMERICA and DOES 1 through 20, Inclusive,<br><br>　　　　Defendants. | CASE NO. 3:17-cv-00683 LAB (NLS)<br><br>Judge:  Hon. Larry Burns<br><br>**NOTICE OF APPEARANCE**<br><br>Trial Date:　　None Set |

　　　　PLEASE TAKE NOTICE that David M. Florence (SBN 242857) of Lewis Brisbois Bisgaard and Smith hereby joins Douglas W. Lewis and Heidi S. Inman as counsel of record for Defendants LMH Holdings, LLC, Lincoln Military Property

/ / /

/ / /

/ / /

4820-4525-4787.1                                                                                                          3:17-cv-00683-LAB-NLS
NOTICE OF APPPEARANCE

Management LP, Lincoln Property Company, and LMH San Diego Property Management GP, Inc. in this matter.

DATED: December 18, 2018      LEWIS BRISBOIS BISGAARD & SMITH LLP

By:      /s/ David M. Florence
Douglas W. Lewis
Heidi S. Inman
David M. Florence
David.Florence@lewisbrisbois.com
Attorneys for Defendants LMH HOLDINGS, LLC; Lincoln Military Property Management LP, Lincoln Property Company and LMH San Diego Property Management GP, Inc

# FEDERAL COURT PROOF OF SERVICE

K.C., a minor by and through her Guardian Ad Litem, Vanessa Huckaba - Case No. 3:17-cv-00683 LAB (NLS)

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

At the time of service, I was over 18 years of age and not a party to the action. My business address is 701 B Street, Suite 1900, San Diego, CA 92101. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On December 18, 2018, I served the following document(s):

**NOTICE OF APPEARANCE**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

**SEE ATTACHED SERVICE LIST**

The documents were served by the following means:

☒ (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on December 18, 2018, at San Diego, California.

*/s/ Vicki M. Simpson*
VICKI M. SIMPSON

**SERVICE LIST**
K.C., a minor by and through her Guardian Ad Litem, Vanessa Huckaba
v.
Melanie Vejmola, et al.

U.S.D.C.-Southern District Case No. 3:17-cv-00683-LAB-NLS

| | |
|---|---|
| Philip C. Alexander<br>Ryan D. Harris<br>Harris Personal Injury Lawyers, Inc.<br>301 Mission Avenue, Suite 203<br>Oceanside, CA 92054<br>Tel: 760.231.9970<br>Fax: 760.231.9919<br>palexander@harrispersonalinjury.com<br>Attorney for Plaintiff, K.C., a minor by and through her Guardian Ad Litem, Vanessa Huckaba | Adam L. Braverman<br>Acting United States Attorney<br>Steven J. Poliakoff<br>Paul Starita<br>Assistant U.S. Attorney<br>880 Front Street, Room 6293<br>San Diego, CA 92101-8893<br>Tel: 546.7058/7344<br>Steve.poliakoff@usdoj.gov<br>Paul.Starita@usdoj.gov<br>Attorneys for Defendant United States of America |
| Danwill D. Schwender<br>Foldenauer Law Group, APLC<br>2550 Fifth Avenue, Suite 630<br>San Diego, CA 92103<br>Tel: 619.564.8877<br>Fax: 619.564.88779<br>dds@foldenauerlaw.com<br>Attorney for Defendant Melanie Veimola | |