# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.C., a minor,<br>　　　　　　　　　　　Plaintiff,<br>v.<br>MELANIE VEJMOLA, et al.,<br>　　　　　　　　　　　Defendants. | Case No.: 17cv683-LAB (NLS)<br>**ORDER OF DISMISSAL** |

After some, but not all, of the parties that have appeared jointly moved to dismiss (Docket no. 52), the Court ordered the remaining party—the United States of America—to file its objection, if any, to the case's being dismissed with prejudice. The objection was to have been filed by March 28; otherwise, the Court's order cautioned, the case would be dismissed without prejudice. The order also confirmed that the Court would not be retaining jurisdiction to interpret or enforce the settlement agreement.

Since then, no objection has been filed. The joint motion to dismiss (Docket no. 52) is **GRANTED** and this action is **DISMISSED WITH PREJUDICE**. The parties shall each bear their own costs and attorney's fees.

///
///

1 | The Court does <u>not</u> retain jurisdiction to interpret or enforce any settlement
2 | agreement among the parties. This order does not prevent the parties from
3 | seeking approval of a minor's compromise in state court.

**IT IS SO ORDERED**.

Dated: April 4, 2019

*Larry A. Burns*
Hon. Larry Alan Burns
Chief United States District Judge